No. 1063. LEONARD A. HOCHSTADTER, PETITIONER, *v.* ALBERT O. BROWN ET AL., ETC. April 28, 1913. Petition

for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Irving L. Ernst* and *Mr. Jas. L. Bishop* for the petitioner. *Mr. Dix W. Noel* for the respondents.